NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLASSIC ARCHITECTURAL ) 
CONSTRUCTION, INC., and )
KEVIN BIENFANG, )
 )
   Appellants, )
 )
v. )  Case No. 2D18-255
 )
PAUL KASAPIS, )
 )
   Appellee. )
            )

Opinion filed March 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Lee County; Jay B. Rosman, Judge.

Charles PT Phoenix of Rhodes Tucker,
Sanibel, for Appellants.

Brian D. Zinn of ZinnLaw, Fort Myers,
for Appellee.


PER CURIAM.

   Affirmed.


KELLY, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.